# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| HJG Holdings Limited and True Torque Investments Limited, | ) ) ) |
| Plaintiffs, | ) **ORDER** ) |
| vs. | ) ) |
| Keith Talbot; Keith R. Morlock; 640 Services, LLC dba M&T OFS; 640 Energy, Inc. fna 640 Enerrgy, LLC; 14846 Hwy 2, | ) ) ) ) Case No.1:16-cv-106 ) |
| Defendants and Third-Party Plaintiffs, | ) ) ) |
| vs. | ) ) |
| Grant King, Horst Giecke, and Louis Bowen, | ) ) ) |
| Third-Party Defendants. | ) |

On September 16, 2016, the parties filed "Stipulations Regarding Extension of Time to Produce Initial Disclosures, to Respond to Third-Party Defendants' Motion to Dismiss, and to Amend Third-Party Complaint." The court **ADOPTS** the stipulation and **ORDERS**:

1. Plaintiffs and Defendants shall have until October 14, 2016, to make their initial disclosures.

2. Third-Party Plaintiffs shall have until September 23, 2016, to respond to Third-Party Defendants' Motion to Dismiss the Third-Party Complaint.

3. Third-Plaintiffs shall have until September 23, 2016, to file a an Amended Third-Party Complaint.

1

**IT IS SO ORDERED.**

Dated this 19th day of September, 2016.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court