# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| HJG Holdings Limited and True Torque Investments Limited, | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) ) | |
| Keith Talbot; Keith R. Morlock; 640 Services, LLC dba M&T OFS; 640 Energy, Inc. fna 640 Enerrgy, LLC; 14846 Hwy 2, | ) ) ) ) ) | Case No.1:16-cv-106 |
| Defendants and Third-Party Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| Grant King, Horst Giecke, and Louis Bowen, | ) ) ) | |
| Third-Party Defendants. | ) | |

On October 6, 2016, the parties filed "Stipulations Regarding Extension of Time tfor Plaintiffs and Defendants to Exhcange Initial Disclosures and extension of Time for Third-Party Defendants to File Reply." The court **ADOPTS** the stipulation and **ORDERS**:

1    Plaintiffs and Defendants shall have until November 4, 2016, to make their initial disclosures.

2.    Third-Party Defendants shall have until November 4, 2016, to file a reply to Third-Party Plaintiff's' response in opposition to the Motion to Dismiss the Third-Party Complaint.

1

**IT IS SO ORDERED.**

Dated this 7th day of October, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court